Submitted on record and briefs October 2.
reversed and remanded for trial November 9. 1981

STATE OF OREGON,
*Appellant.*
*v.*
BRUCE DOUGLAS HALL,
*Respondent.*

(No. G-81-14, CA A21111)

635 P2d 681

Dave Frohnmayer, Attorney General, Salem, William F. Gary, Solicitor General, and Thomas H. Denney, Assistant Attorney General, filed the brief for appellant.

Daniel W. Seitz and Cegavske & Seitz, Roseburg, filed the brief for respondent.

Before Gillette, Presiding Judge, and Roberts and Young, Judges.

PER CURIAM.

## PER CURIAM.

The state appeals a trial court order suppressing evidence seized pursuant to a warrant. The trial court found the affidavit in support of the warrant insufficient. We find the challenged affidavit establishes probable cause. *See United States v. Ventresca,* 380 US 102, 85 S Ct 741, 13 L Ed 2d 684 (1965); *United States v. Allen,* 588 F2d 1100, 1106 (5th Cir), *cert den sub nom Perkins v. United States,* 441 US 965, 99 S Ct 2415, 60 L Ed 2d 1071 (1979).

Reversed and remanded for trial.